JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA SHIN, | CV 12-5415 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DIGI-KEY CORPORATION, | |
| Defendant. | |

Pursuant to the Court's September 17, 2012 Minute Order granting the Motion to Dismiss filed by defendant Digi-Key Corporation ("Defendant"), which dismissed all of the claims asserted by plaintiff Nina Shin ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: September 19, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE